IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN THE MATTER OF THE COMPLAINT OF
GOD'S MERCY, LLC, AS OWNER
OF THE F/V GOD'S MERCY

Civil Action No. 2:11cv426

## ORDER

THIS DAY came the parties, upon the motion of Jesse M. Suit, III, Esquire, counsel of record for Claimant Peter Daniel Smith, to allow a substitution of counsel for Claimant Peter Daniel Smith, and for good cause shown, it is therefore

ADJUDGED, ORDERED and DECREED that Jesse M. Suit, III, and the law firm of Kalfus and Nachman, P.C. are hereby granted leave to and have withdrawn as counsel for Claimant Peter Daniel Smith in this action and that Stephen C. Swain, Esquire, of the law firm Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C. be substituted as counsel of record for Claimant Peter Daniel Smith in all further proceedings in this matter.

ENTERED this 15th day of October, 2018.

/s/
Rebecca Beach Smith
Chief Judge
Judge, United States District Court

I ASK FOR THIS:

Jesse M. Suit, III, Esq. (VSB#30503)
KALFUS & NACHMAN, P.C.
P.O. Box 12889
Norfolk, Virginia 23541-0889
(757) 461-4900 telephone
(757) 461-1518 facsimile
jms@knlegal.com
Counsel for Claimant Peter Daniel Smith

SEEN AND AGREED:

_/s/ signature_
Stephen C. Swain, Esq.
Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
(757) 671-6000 telephone
(757) 671-6004 facsimile
scarter@srgslaw.com
Counsel for Claimant Peter Daniel Smith

SEEN:

_/s/ M. Henderson_
David N. Ventker, Esq.
Marissa M. Henderson, Esq.
VENTKER & HENDERSON, PLLC
256 West Freemason Street
Norfolk, VA 23510
(757) 625-1192
(757) 625-1475 facsimile
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
Counsel for God's Mercy, LLC